IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| SHIRLEY ANNETTE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:12-cv-00042 |
| v. | ) | |
| | ) | Judge Nixon |
| CAROLYN W. COLVIN, | ) | Magistrate Judge Brown |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Shirley Annette Martin's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 13), filed with a Brief in Support (Doc. No. 13-1). Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 16), to which Plaintiff filed a Reply (Doc. No. 17). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 22 at 19.) The Report was filed on June 6, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 26 day of June, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT